

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**JACKSON LEWIS LLP**
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404
    ROGER H. BRITON, ESQ. (RB4705)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 16 2005 ★
BROOKLYN OFFICE

-----------------------------------------------------------------x
MARY ANN ZUMMO,

                Plaintiff,

    - against-                        Civil Action No.: CV-05 2025
                                           (AAR) (JMA)

YUSEN AIR & SEA SERVICES (USA) INC., and,
TAKUYA TAKEDA as aider and abettor,

                Defendants.
-----------------------------------------------------------------x

## **STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Mary Ann Zummo, and Defendants, Yusen Air & Sea Services (USA) Inc. and Takuya Takeda, as aider and abettor, by and through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

                                        SAUL D. ZABEL, ESQ.
                                        ZABELL & ASSOCIATES, P.C.
                                        *Attorneys for Plaintiff*
                                        700 Lakeland Avenue
                                        Bohemia, New York 11716

9/7/05                         By:    Saul D. Zabell    *(Digitally signed by Saul D. Zabell)*
Date                                   Saul D. Zabell, Esq.

JACKSON LEWIS LLP
*Attorneys for Defendants*
58 South Service Road, Suite 410
Melville, New York   11747

___9/7/05___   By:  ___[signature]___
Date                  Roger H. Briton, Esq.  (RB4705)

SO ORDERED on this 20 day of Sept. , 2005

___[signature]___
U.S. D. J.

I:\Clients\Y\27183_RHB\Zummo\Stip-Order of Final Dismissal.doc

2